UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,  )        Index No.: 07-CIV-7742 (KMK)
                                        )
                           Plaintiffs,  )        REQUEST FOR ENTRY OF
                                        )        DEFAULT JUDGMENT
        -against-                       )
                                        )
R-S INSTALLATIONS INC.,                 )
                                        )
                           Defendant.   )
                                        )

----------------------------------------------------------------

TO:   Clerk of the United States District Court for the
      Southern District of New York

      Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant R-S

Installations Inc. having failed to appear or answer the Summons and Complaint, you are requested to

enter a Default Judgment in favor of Plaintiffs, Trustees of the District Council 9 Painting Industry

Insurance and Annuity Funds and against the Defendant R-S Installations Inc. for an order for an audit

and in the sum of $2,220.00, which includes attorneys' fees, court costs and disbursements.

Dated:  Elmsford, New York
        January 3, 2008

                                        Dana L. Henke, Esq. (DLH3025)
                                        BARNES, IACCARINO, VIRGINIA,
                                        AMBINDER & SHEPHERD, PLLC
                                        Attorneys for Plaintiff
                                        258 Saw Mill River Road
                                        Elmsford, New York 10523
                                        (914) 592-1515