UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,    )    Index No.: 07-CIV-7742 (KMK)
                    )
              Plaintiffs,    )    STATEMENT OF DAMAGES
    -against-               )
                    )
R-S INSTALLATIONS INC.,         )
                    )
              Defendant.    )
                    )

---

Attorneys' Fees ................................................................ $   1,830.00

Court Costs & Disbursements:

    Filing Fees (Index)............................................................ $      350.00
    Process Server Fee............................................................ $        40.00


    **GRAND TOTAL:**................................................... **$   2,220.00**