UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,    )    Index No.: 07-CIV-7742 (KMK)
                                          )
                    Plaintiffs,           )    CLERK'S CERTIFICATE
    -against-                             )
                                          )
R-S INSTALLATIONS INC.,                   )
                                          )
                    Defendant.            )
                                          )

---

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that this action commenced on August 30, 2007 with the filing of the Summons and Complaint; a copy of the Summons and Complaint was served on defendant via New York's Secretary of State on September 11, 2007 and proof of such service thereof was filed on September 17, 2007.

    I further certify that docket entries indicate that the Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: White Plains, New York
          , 2008                        J. MICHAEL MCMAHON
                                         Clerk of the Court

                                   By: _____
                                           Deputy Clerk