## CERTIFICATE OF SERVICE

STATE OF NEW YORK        )
                         ss.:
COUNTY OF WESTCHESTER)

    I, Dawn Stefanik, being duly sworn, deposes and says:

    I am not a party to the within action, am over the age of 18 years and reside in Westchester County, New York. That on January 8, 2008, I served a true copy of the default judgment with supporting papers by mailing a true copy of same enclosed in a post-paid wrapper in an official depository by First Class Mail under the exclusive care and custody of the United States Postal Service within New York State, addressed as follows:

                  R-S INSTALLATIONS INC.
                    32 JAY STREET
                    HICKSVILLE, NY 11801

                    _____
                    Dawn Stefanik

Sworn to before me this
8th day of January, 2008

_____
Notary Public

CHRISTIE S. ROOS
Notary Public, State of New York
No. 01RO6014276
Qualified in Westchester County
Commission Expires October 5, 2010